May 20, 2005

Mr. Ryan D. Clinton
Assistant Solicitor General
P. O. Box 12548(MC 059)
Austin, TX 78711-2548

Ms. Nelda F. Williams
State Counsel for Offenders
P. O. Box 4005
HUNTSVILLE, TX 77342-4005

RE: Case Number: 04-0112
 Court of Appeals Number: 13-01-00714-CV
 Trial Court Number: 00-10-06622-CV

Style: IN RE THE COMMITMENT OF MICHAEL FISHER

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Ms. Cathy Wilborn |
| |Mr. Rafael Edward Cruz |
| |Ms. Barbara |
| |Gladden-Adamick |
| |Ms. Autumn Lewis |